FILED
OCT 28 2003
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SANDRA HOLT, et al., | ) |
| Plaintiffs, | ) |
| vs. | ) CIVIL ACTION NO. 03-A-748-N |
| RITE AID CORPORATION, | ) |
| Defendant. | ) |

## RULE 16 SCHEDULING ORDER

Upon consideration of the Report of Parties Planning Meeting (Doc. #13), filed by the parties on October 27, 2003, it is hereby

ORDERED that the Report is ADOPTED by the court as the schedule to be observed until a determination has been made by the court as to whether this case will be conditionally certified as a collective action. A new scheduling order will be entered after that issue has been resolved.

DONE this 28th day of October, 2003.

/s/ Harold Albritton
W. HAROLD ALBRITTON
CHIEF UNITED STATES DISTRICT JUDGE

14