RECEIVED

2004 JAN 29  A 9: 55

CLERK

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

FILED

JAN 2 9 2004

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

SANDRA HOLT, DEBRA GAWOR,          )
POLLY SMITH, AND JOANN MORRIS,     )
ON BEHALF OF THEMSELVES AND ALL    )
OTHERS SIMILARLY SITUATED,         )
                                   )
        Plaintiffs,                )
                                   )        CIVIL ACTION NUMBER:
v.                                 )        CV-03-B-748-N
                                   )        A
RITE AID CORPORATION,              )
                                   )
        Defendant.                 )
                                   )

**JOINT MOTION FOR ENTRY OF ORDER GOVERNING**
**THE EXCHANGE AND PROTECTION OF**
**CONFIDENTIAL INFORMATION**

        Plaintiffs Sandra Holt, Debra Gawor, Polly Smith, and Joann Morris, and Defendant Rite

Aid Corporation, by and through their respective undersigned counsel, hereby jointly move the

Court for entry of the proposed Confidentiality Agreement and Order Governing the Exchange

and Protection of Confidential Information, which is attached hereto.

        Respectfully submitted this 28th day of January, 2004.


ASHE & RAFUSE LLP                      Nancy E. Rafuse
1355 Peachtree Street, N.E.            Georgia Bar No. 621717
Suite 500                              Daniel E. Turner
Atlanta, Georgia 30309-3232            Georgia Bar No. 719330
Telephone: (404) 253-6000              Admitted *Pro Hac Vice*
Facsimile: (404) 253-6060

28

LEHR, MIDDLEBROOKS, PRICE
 & PROCTOR, P.C.
2021 Third Avenue North
Suite 300
Birmingham, Alabama 35203

David J. Middlebrooks MID001

Counsel for Defendant
Rite Aid Corporation

GORDON, SILBERMAN, WIGGINS &
CHILDS, P.C.
1400 SouthTrust Tower
420 North 20th Street
Birmingham, Alabama  35203

Rocco Calamusa, Jr., Esq.

Counsel for Plaintiffs

2