IN THE UNITED DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

FILED
MAR 1 2 2004
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | |
|---|---|
| SANDRA HOLT, DEBRA GAWOR, POLLY SMITH, JOANN MORRIS, MARTY COOPER, ADELIA HARTZOG, and PAUL D. PITTMAN, on behalf of themselves and all others similarly situated, | ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) CIVIL ACTION NUMBER: ) CV-03-A-748-N ) JURY DEMAND |
| RITE AID CORPORATION, | ) ) |
| Defendants. | ) |

### EVIDENTIARY SUBMISSION IN SUPPORT OF PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION TO FACILITATE 29 U.S.C. §216(b) NOTICE

**COME NOW** the plaintiffs, by and through the undersigned counsel, and files the following Evidentiary Submission in Support of Plaintiffs' Memorandum in Support of Motion to Facilitate 29 U.S.C. §216(b) Notice:

1. Proposed Notice

2. Marty Cooper, Adelia Hartzog and Paul Pittman's Consent to Become Party Plaintiffs

3. Marie Walker's Consent to Become Party Plaintiff

4. Excerpts from Wayne M. LeClair Deposition (UNDER SEAL)

5. May 18, 2001 Memorandum regarding Pay Structure Changes (UNDER SEAL)

1

37

6. Rite Aid - "About Us"

7. Excerpts from Samuel Hall Bailey, Jr. Deposition

8. Rite Aid - Stores by State

9. Region Map (UNDER SEAL)

10. Excerpts from Mark Panzar Deposition

11. Management Development Program - Orientation (UNDER SEAL)

12. Retail Career Paths (UNDER SEAL)

13. Key Supervisor Job Description (UNDER SEAL)

14. Exempt Assistant Store Manager Job Description (UNDER SEAL)

15. Non-Exempt Assistant Store Manager Job Description (UNDER SEAL)

16. Store Manager Job Description (UNDER SEAL)

17. Excerpts from David E. Markley Deposition

18. Hiring and Promotion Policy (UNDER SEAL)

19. Policies and Procedure Manual Acknowledgment Form (UNDER SEAL)

20. Excerpts from Robert N. Silsby Deposition

21. Workweek Policy (UNDER SEAL)

22. Standard Schedules (UNDER SEAL)

23. Sandra Holt's Declaration

24. Excerpts from Sandra Holt's Deposition

25. Polly Smith's Declaration

26. Excerpts from Polly Smith's Deposition

27. Joann Morris' Declaration

28. Excerpts from Joann Morris' Deposition

29. Debra Gawor's Declaration

30. Excerpts from Debra Gawor's Deposition

31. Adelia Hartzog's Declaration

32. Paul Pittman's Declaration

33. Marie Walker's Declaration

34. Management Development - Checking Budget (UNDER SEAL)

35. Excerpts from Rite Aid Policies and Procedures Manual (UNDER SEAL)

Respectfully submitted,

Rocco Calamusa, Jr.
Craig L. Lowell
Counsel for the Plaintiffs

OF COUNSEL:

WIGGINS, CHILDS, QUINN & PANTAZIS, P.C.
1400 SouthTrust Tower
Birmingham, Alabama 35203
205/328-0640

## CERTIFICATE OF SERVICE

I do hereby certify that I have mailed a copy of the above and foregoing, U.S. Mail, properly addressed and postage prepaid, on:

Nancy E. Rafuse
Daniel E. Turner
ASHE & RAFUSE, LLP
1355 Peachtree Street, NE
Suite 500
Atlanta, GA 30309-3232

David J. Middlebrooks
Jennifer L. Howard
LEHR, MIDDLEBROOKS, PRICE & VREELAND, PC
P.O. Box 11945
Birmingham, Alabama 35203

This the /2 day of March, 2004.

_____
OF COUNSEL

4