RECEIVED   IN THE UNITED DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
2004 MAR 12 P 3:31   NORTHERN DIVISION

FILED
MAR 12 2004
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | |
|---|---|
| SANDRA HOLT, DEBRA GAWOR, ) | |
| POLLY SMITH, JOANN MORRIS, ) | |
| MARTY COOPER, ADELIA HARTZOG, ) | |
| and PAUL D. PITTMAN, ) | |
| on behalf of themselves and all others ) | |
| similarly situated, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | CIVIL ACTION NUMBER: |
| ) | CV-03-A-748-N |
| ) | JURY DEMAND |
| RITE AID CORPORATION, ) | |
| ) | |
| Defendants. ) | |

### PLAINTIFFS' NOTICE OF FILING CERTAIN EVIDENTIARY SUBMISSION DOCUMENTS UNDER SEAL PURSUANT TO THE CONFIDENTIALITY AGREEMENT AND ORDER GOVERNING THE EXCHANGE AND PROTECTION OF CONFIDENTIAL INFORMATION

**COME NOW** the plaintiffs, by and through the undersigned counsel, and files the following Evidentiary Submission documents "under seal" pursuant to The Confidentiality Agreement and Order Governing the Exchange and Protection of Confidential Information (attached hereto as Exhibit "A"):

The documents that are attached "under seal" are as follows:

4.   Excerpts from Wayne M. LeClair Deposition

5.   May 18, 2001 Memorandum regarding Pay Structure Changes

9.   Region Map

11.   Management Development Program - Orientation

38

12. Retail Career Paths

13. Key Supervisor Job Description

14. Exempt Assistant Store Manager Job Description

15. Non-Exempt Assistant Store Manager Job Description

16. Store Manager Job Description

18. Hiring and Promotional Policy

19. Policies and Procedures Manual Acknowledgment Form

21. Workweek Policy

22. Standard Schedules

34. Management Development - Checking Budget

35. Excerpts from Rite Aid Policies and Procedures Manual

                                                  Respectfully submitted,

                                                  Rocco Calamusa, Jr.
                                                  Craig L. Lowell
                                                  Counsel for the Plaintiffs

OF COUNSEL:

WIGGINS, CHILDS, QUINN & PANTAZIS, P.C.
1400 SouthTrust Tower
Birmingham, Alabama 35203
205/328-0640

## CERTIFICATE OF SERVICE

      I do hereby certify that I have mailed a copy of the above and foregoing, U.S. Mail, properly addressed and postage prepaid, on:

Nancy E. Rafuse
Daniel E. Turner
ASHE & RAFUSE, LLP
1355 Peachtree Street, NE
Suite 500
Atlanta, GA 30309-3232

David J. Middlebrooks
Jennifer L. Howard
LEHR, MIDDLEBROOKS, PRICE & VREELAND, PC
P.O. Box 11945
Birmingham, Alabama 35203

      This the 12 day of March, 2004.

_____
OF COUNSEL

# EXHIBITS

# TO THIS

# DOCUMENT

# NOT SCANNED

# SEALED DOCUMENTS

# NOT SCANNED