RECEIVED
2004 MAR 26  P 2:51
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT

FILED
MAR 26 2004
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE UNITED DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SANDRA HOLT, DEBRA GAWOR, POLLY SMITH, JOANN MORRIS, MARTY COOPER, ADELIA HARTZOG, and PAUL D. PITTMAN, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> RITE AID CORPORATION, <br><br> Defendants. | CIVIL ACTION NUMBER: <br> CV-03-A-748-N <br> JURY DEMAND |

## SUPPLEMENTAL EVIDENTIARY SUBMISSION IN SUPPORT OF PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION TO FACILITATE 29 U.S.C. §216(b) NOTICE

**COME NOW** the plaintiffs, by and through the undersigned counsel, and files the following Supplemental Evidentiary Submission in Support of Plaintiffs' Memorandum in Support of Motion to Facilitate 29 U.S.C. §216(b) Notice:

36. Consent to Become Party Plaintiff of James P. Francis. Mr. Francis is a current Store Manager with Rite Aid and is employed in Phoenixville, Pennsylvania, which is in the defendant's Eastern Division.

37. Consent to Become Party Plaintiff of Alberta Armster. Ms. Armster is a current Store Manager with Rite Aid and is employed in Abbeville, Alabama (#2092).

38. Consent to Become Party Plaintiff of Jacqueline Johnston. Ms. Johnston is currently a Key Supervisor with Rite Aid and is employed in Troy, Alabama (#7096). Prior to July of 2002, Ms. Johnston was a Store Manager from October, 1998 at the Luverne, Alabama store (#7066) and in January of 2000 at the Troy, Alabama store (#7096).

41

                                               Respectfully submitted,

                                               _____
                                               Rocco Calamusa, Jr.
                                               Craig L. Lowell
                                               Counsel for the Plaintiffs


OF COUNSEL:

WIGGINS, CHILDS, QUINN & PANTAZIS, P.C.
1400 SouthTrust Tower
Birmingham, Alabama 35203
205/328-0640


## CERTIFICATE OF SERVICE

     I do hereby certify that I have mailed a copy of the above and foregoing, U.S. Mail, properly addressed and postage prepaid, on:

Nancy E. Rafuse
Daniel E. Turner
ASHE & RAFUSE, LLP
1355 Peachtree Street, NE
Suite 500
Atlanta, GA 30309-3232

David J. Middlebrooks
Jennifer L. Howard
LEHR, MIDDLEBROOKS, PRICE & VREELAND, PC
P.O. Box 11945
Birmingham, Alabama 35203

    This the ___ day of March, 2004.

                                               _____
                                               OF COUNSEL

EXHIBITS

TO THIS

DOCUMENT

NOT SCANNED